# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DERRICK L. RUSSELL**  **PLAINTIFF**
**#266367**

v.                    Case No. **4:23-CV-01088-LPR**

**MELANIE MARTIN, et al.**                    **DEFENDANTS**

## ORDER

On November 16, 2023, Plaintiff Derrick L. Russell, an inmate at the Pulaski County Detention Facility, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983.[1] On December 6, 2023, the Court ordered Mr. Russell to, within 30 days, either (1) return a completed *in forma pauperis* application, including an accompanying affidavit and jail account information sheet, or (2) pay the $402.00 filing and administrative fees.[2] The Court warned Mr. Russell that his failure to comply with the Order would result in the dismissal of his Complaint.[3]

Mr. Russell has not complied with, or otherwise responded to, the Court's December 6th Order, and the time for doing so has expired. Accordingly, Mr. Russell's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 24th day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3).

[3] *Id.*